UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAY KRUISE,** : | |
| **Plaintiff** : | CIVIL ACTION NO. 3:21-543 |
| v. : | (JUDGE MANNION) |
| **UNITED STATES DEPARTMENT** : | |
| **OF THE ARMY**, *et al.*, | |
| : | |
| **Defendants** | |

# ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** Judge Arbuckle's February 2023 report and recommendation, (Doc. 50), is **ADOPTED IN ITS ENTIRETY**. Just Arbuckle's September 2022 report and recommendation, (Doc. 32), is **NOT ADOPTED as moot**.

**(2)** The defendants' motion to dismiss, (Doc. 18), is **GRANTED, IN PART**, and **DENIED, IN PART**.

    **a.** Defendants' motion to dismiss as to Plaintiff's retaliation claim (Count III) is **GRANTED**. Plaintiff's retaliation claim in Count III is **DISMISSED with prejudice**.

    **b.** Defendants' motion to dismiss as to Plaintiff's *Bivens* claim (Count IV) is **GRANTED**. Plaintiff's *Bivens* claim in Count IV is **DISMISSED with prejudice**.

    **c.** Defendants' motion to dismiss Plaintiff's Racial Discrimination / Disparate Treatment claim (Count V) is **GRANTED** with respect to claims related to incidents that occurred in 2014 and 2015 and **DENIED** with respect to the claims related to Plaintiff being placed on leave and his eventual termination. The claims in Count V related to incidents that occurred in 2014 and 2015 are **DISMISSED with prejudice**.

    **d.** Defendants' motion to dismiss Plaintiff's claim for punitive damages is **GRANTED**. Plaintiff's punitive damages claim is **DISMISSED with prejudice**.

    **e.** Defendants' motion to dismiss Plaintiff's remaining claims is **DENIED**.

**(3)** Plaintiff's motion to amend, (Doc. 25), is **DISMISSED as moot**.

**(4)** The case is referred back to Judge Arbuckle for further case management, including a decision regarding whether, in the interests of justice, Defendants should be given an opportunity to file a motion to dismiss Plaintiff's Privacy Act claim (Count VI).


*S/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 28, 2023**
21-543-01-ORDER