IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAY KRUISE, | : | Civ. No. 3:21-CV-543 |
| | : | |
| Plaintiff, | : | (Judge Saporito) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| | : | |
| U.S. DEP'T OF ARMY, et al., | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 25th day of September 2025, in accordance with the accompanying Memorandum, IT IS ORDERED that the plaintiff's motion to compel (Doc. 129) is DENIED, in light of the representation that the appendices to what is now reportedly an outdated policy statement called, CECOM Standard Operating Procedure – Procedures for Submitting and Processing a Request for Reasonable Accommodation for Individuals with Disabilities no longer exist.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge