**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAY KRUISE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00543<br><br>(SAPORITO, J.) |

**ORDER**

Now before the court is a report and recommendation by United States Magistrate Judge Martin C. Carlson, in which he recommends that the plaintiff's motion for summary judgment be denied and the defendant's motion for summary judgment be granted. Doc. 194.

The plaintiff has filed objections to Judge Carlson's report and recommendation. Doc. 195. The defendant has filed a response to those objections, Doc. 201, and the plaintiff has filed a reply brief, Doc. 202. We have conducted a de novo review of the contested portions of the report, but we find the plaintiff's objections to be unpersuasive and without merit. *See* 28 U.S.C. § 636(b)(1); *United States v. McLaughlin*, 607 F. Supp. 3d 522, 529 (M.D. Pa. 2022).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Carlson's analysis to be well-reasoned and fully supported by the record and applicable law, and we find the plaintiff's specific objections to be without merit. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDRED THAT**:

1. The report and recommendation of Judge Carlson (Doc. 194) is **ADOPTED**;

2. The plaintiff's motion for summary judgment (Doc. 134) is **DENIED**;

3. The defendant's motion for summary judgment (Doc. 173) is **GRANTED**;

4. The clerk is directed to enter **JUDGMENT** in favor of the defendant and against the plaintiff with respect to all remaining claims set forth in the plaintiff's second amended complaint; and

5. The clerk shall mark this case as **CLOSED**.

Dated: September 25, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge